**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| MONICA SEHOVIC,<br><br>                   Plaintiff,<br><br>     v.<br><br>ANDREW M. SAUL, Commissioner<br>of the Social Security<br>Administration,<br><br>                   Defendant. | CASE NO. EDCV 19-00953-AS<br><br><br><br>**JUDGMENT** |

     IT IS ADJUDGED that this action is DISMISSED with prejudice.


     DATED:  June 29, 2020


                                                    /s/
                                             ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE